# Moss v. Holcomb,

## and

# Bristow v. Penick.

APPEAL from Talladega Circuit Court.

Tried before the Hon. GEORGE E. BREWER.

W. R. OLIVER and N. A. GRAHAM, for appellants.

E. H. DRYER, *contra.*

The appeals in each of these cases is dismissed for failure to file abstracts.

Opinion PER CURIAM.